IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL LEE, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                    1:19-cv-01074-RB-LF

WELLBRIDGE CLUB
MANAGEMENT, L.L.C.,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN
AND SETTING CASE MANAGEMENT DEADLINES
<u>AND DISCOVERY PARAMETERS</u>**

    THIS MATTER came before the Court on a Rule 16 scheduling conference held on January 21, 2020. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan filed on January 14, 2020, and after conferring with counsel, the Court adopts the Joint Status Report and Provisional Discovery Plan modified as follows:

    a)    Maximum of 25 Interrogatories by each party to any other party;

    b)    Maximum of 35 Requests for Production by each party to any other party;

    c)    Maximum of 50 Requests for Admission by each party to any other party;

    d)    Maximum of 6 depositions by Plaintiff and 6 depositions by Defendant; and

    e)    Depositions of all witnesses are limited to 7 hours, unless extended by agreement of the parties.

    Service of written discovery shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.

The Court has set the following case management deadlines:

| | | |
|---|---|---|
| a) | Deadline for Plaintiff to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with FED. R. CIV. P. 15(a)(2): | March 31, 2020 |
| b) | Deadline for Defendant to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with FED. R. CIV. P. 15(a)(2): | April 14, 2020 |
| c) | Plaintiff's Rule 26(a)(2) expert disclosure:[1] | April 30, 2020 |
| d) | Defendant's Rule 26(a)(2) expert disclosure:[1] | May 14, 2020 |
| e) | Termination date for discovery: | July 20, 2020 |
| f) | Motions relating to discovery to be filed by: | August 10, 2020 |
| g) | Deadline to file motion for class certification and/or motion for certification of collective action: | August 20, 2020 |

The Court will set a status conference to discuss any additional discovery and to set further deadlines once any motion for class certification is decided. Deadlines for filing the pretrial order will be set at a later date.

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

**IT IS SO ORDERED.**

_____
Laura Fashing
United States Magistrate Judge

---

[1] Parties must disclose the names of all expert witnesses, including treating physicians, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony also must submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed when they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.