IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL LEE, on behalf of himself
and others similarly situated,

      Plaintiff,

v.                                            No. CIV 19-1074 RB/LF

WELLBRIDGE CLUB MANAGEMENT, LLC,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed November 18, 2020 (Doc. 28). In the Opinion, the Court granted Mr. Lee's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) and declined to exercise supplemental jurisdiction of his state-law claims. (*See id.*) With no more issues, claims, or parties before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that (i) Mr. Lee's FLSA claim is dismissed with prejudice and his state-law claims and this case are dismissed without prejudice in accordance with the opinion filed November 18, 2020; and (ii) Final Judgment is entered.

                                              _____
                                              ROBERT C. BRACK
                                              SENIOR U.S. DISTRICT JUDGE